Accordingly, appellant is not entitled to PCRA relief.[26]

725 A.2d 1209

COMMONWEALTH of Pennsylvania, Appellee,

v.

Joseph Bradley RATHFON, Appellant.

Supreme Court of Pennsylvania.

Submitted Jan. 28, 1999.

Decided March 25, 1999.

John F. Marshall, Shippenville, for appellant.

George R. Kepple, Dist. Atty., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### *ORDER*

PER CURIAM.

AND NOW, this 25th day of March, 1999, the appeal in the above captioned case is dismissed as improvidently granted.

Justice SAYLOR did not participate in the consideration or decision of this case.